Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA 90036
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MICHAEL SIRBU

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL SIRBU, ) | Case No.: CV-09-3593 JL |
| Plaintiff, ) | |
| v. ) | **VOLUNTARY DISMISSAL** |
| VALENTINE & KEBARTAS, INC., ) | |
| Defendant. ) | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MICHAEL SIRBU, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: September 18, 2009                                KROHN & MOSS, LTD.


By:/s/ Nicholas J. Bontrager

Nicholas J. Bontrager

Attorneys for Plaintiff,
MICHAEL SIRBU